IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 4:09-cv-00489-MP-WCS

REAL PROPERTY WITH
PARCEL ID NUMBER 08366-000,
TAYLOR COUNTY, FLORIDA,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 19, Notice to Court and Status Report (Fifth) by the United States of America. For reasons set forth in the status report, this matter is STAYED until March 5, 2012.

**DONE AND ORDERED** this 5th day of December, 2011.

                                                  *s/ Gary R. Jones*
                                                GARY R. JONES
                                                United States Magistrate Judge